IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLES MADDLE )
)
    v. ) NO. 3:05-0306
)
CORRECTIONAL MEDICAL )
SERVICES, INC. and )
PAUL ALEXANDER, M.D. )

# ORDER

In accordance with the contemporaneously entered Memorandum, the Court GRANTS the defendants' Motion for Summary Judgment (Docket Entry No. 34). The plaintiff's claims under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE. The plaintiff's state law claims brought pursuant to 28 U.S.C. § 1367 are DISMISSED WITHOUT PREJUDICE.

Entry of this Order shall constitute the final judgment in this case.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge